THOMAS E. KANE, Respondent, *v.* THE CITY OF TROY, Appellant.

(Submitted January 28, 1890; decided February 25, 1890.)

, APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 17, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order deny-ing a motion for a new trial.

*R. A. Parmenter* for appellant.

*Levi Smith* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.